UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPINS LLC, *et al.*,

                              Petitioners,

            -v-

CRISP INC.,

                              Respondent.

24 Misc. 101 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On March 6, 2024, petitioners SPINS LLC and DAAP LLC filed this miscellaneous case to compel respondent Crisp Inc. to comply with a November 13, 2023 subpoena issued out of the District of Colorado in the action titled, *Crownalytics, LLC v. SPINS, LLC, et al.*, No. 22 Civ. 1275 (NYH) (JPO) (D. Col., complaint filed May 23, 2022). On March 11, 2024, the case was assigned to this Court.

    The Court orders petitioners to serve respondent with their motion, all supporting papers, and a copy of this order by March 13, 2024. Respondent's opposition to petitioners' motion, if any, is due March 27, 2024. Petitioners' reply, if any, is due April 3, 2024.

    SO ORDERED.

                                                                        PAUL A. ENGELMAYER
                                                                       United States District Judge

Dated: March 11, 2024
       New York, New York